UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARPENTERS INDUSTRIAL COUNCIL,**<br>12788 SE Stark Street<br>Portland, OR 97233;<br>**AMERICAN FOREST RESOURCE COUNCIL,** 1500 SW First Avenue, Suite 765<br>Portland, OR 97201;<br>**SWANSON GROUP, INC.,**<br>2695 Glendale Valley Road<br>Glendale, OR 97442;<br>**ROUGH & READY LUMBER CO.,**<br>30365 Redwood Highway<br>Cave Junction, OR 97523; and<br>**PERPETUA FORESTS COMPANY,**<br>30365 Redwood Highway<br>Cave Junction, OR 97523,<br>**SENECA JONES TIMBER COMPANY,**<br>90201 Highway 99<br>Eugene, OR 97402<br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br>**DIRK KEMPTHORNE,** Secretary of Interior,<br>1849 C Street, NW<br>Washington, D.C. 20240<br>　　　　　　　　　　　　Defendant | Civil Case No. |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for plaintiff Carpenters Industrial Council, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Carpenters Industrial Council, which have any outstanding securities in the hands of the public.

Page 1 -   CERTIFICATE UNDER LCvR 7.1    C:\Documents and Settings\heikkila.h\My Documents\Temporary Internet Files\Temporary Internet Files\OLK60\PORTLAND-#622297-v1-Corporate_Disclosure_Carpenters.DOC

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 13th day of August, 2008.

By: *James T. McDermott/HH*
James T. McDermott, D.C. Bar No. 404886
jmcdermott@bjllp.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland OR 97204
Telephone: (503) 228-2525
Facsimile: (503) 226-3910

Mark C. Rutzick
Mark C. Rutzick, P.C.
markrutzick@comcast.net
3407 SW Stonebrook Drive, Suite B
Portland, OR 97239-1269
Telephone/Facsimile: (503) 244-3030

Attorneys for Plaintiff Carpenters Industrial Council

Page 2 -   CERTIFICATE UNDER LCvR 7.1        C:\Documents and Settings\heikkila.h\My
Documents\Temporary Internet Files\Temporary Internet Files\OLK60\PORTLAND-#622297-v1-Corporate_Disclosure_Carpenters.DOC

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525