UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARPENTERS INDUSTRIAL COUNCIL,** <br> 12788 SE Stark Street <br> Portland, OR 97233; <br> **AMERICAN FOREST RESOURCE COUNCIL,** 1500 SW First Avenue, Suite 765 <br> Portland, OR 97201; <br> **SWANSON GROUP, INC.,** <br> 2695 Glendale Valley Road <br> Glendale, OR 97442; <br> **ROUGH & READY LUMBER CO.,** <br> 30365 Redwood Highway <br> Cave Junction, OR 97523; and <br> **PERPETUA FORESTS COMPANY,** <br> 30365 Redwood Highway <br> Cave Junction, OR 97523, <br> **SENECA JONES TIMBER COMPANY,** <br> 90201 Highway 99 <br> Eugene, OR 97402 <br>           Plaintiffs, <br> v. <br> **DIRK KEMPTHORNE,** Secretary of Interior, <br> 1849 C Street, NW <br> Washington, D.C. 20240 <br>           Defendant | Civil Case No. |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for plaintiff Rough & Ready Lumber Co., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Rough & Ready Lumber Co., which have any outstanding securities in the hands of the public.

Page 1 -   CERTIFICATE UNDER LCvR 7.1          C:\Documents and Settings\heikkila.h\My
Documents\Temporary Internet Files\Temporary Internet Files\OLK60\PORTLAND-#622299-v1-Corporate_Disclosure_Rough_Ready.DOC

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 13th day of August, 2008.

By: *James T. McDermott / HH*
James T. McDermott, D.C. Bar No. 404886
jmcdermott@bjllp.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland OR 97204
Telephone: (503) 228-2525
Facsimile: (503) 226-3910

Mark C. Rutzick
Mark C. Rutzick, P.C.
markrutzick@comcast.net
3407 SW Stonebrook Drive, Suite B
Portland, OR 97239-1269
Telephone/Facsimile: (503) 244-3030

Attorneys for Plaintiff Rough & Ready Lumber Co.

Page 2 -   CERTIFICATE UNDER LCvR 7.1     C:\Documents and Settings\heikkila.h\My Documents\Temporary Internet Files\Temporary Internet Files\OLK60\PORTLAND-#622299-v1-Corporate_Disclosure_Rough__Ready.DOC

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525