UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARPENTERS INDUSTRIAL COUNCIL,**<br>12788 SE Stark Street<br>Portland, OR 97233;<br>**AMERICAN FOREST RESOURCE COUNCIL,** 1500 SW First Avenue, Suite 765<br>Portland, OR 97201;<br>**SWANSON GROUP, INC.,**<br>2695 Glendale Valley Road<br>Glendale, OR 97442;<br>**ROUGH & READY LUMBER CO.,**<br>30365 Redwood Highway<br>Cave Junction, OR 97523; and<br>**PERPETUA FORESTS COMPANY,**<br>30365 Redwood Highway<br>Cave Junction, OR 97523,<br>**SENECA JONES TIMBER COMPANY,**<br>90201 Highway 99<br>Eugene, OR 97402<br>　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br>**DIRK KEMPTHORNE,** Secretary of Interior,<br>1849 C Street, NW<br>Washington, D.C. 20240<br>　　　　　　　　　　　　　Defendant | Civil Case No. |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for plaintiff Perpetua Forests Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Perpetua Forests Company, which have any outstanding securities in the hands of the public.

NONE

Page 1 -   CERTIFICATE UNDER LCvR 7.1    C:\Documents and Settings\heikkila.h\My
Documents\Temporary Internet Files\Temporary Internet Files\OLK60\PORTLAND-#622300-v1-Corporate_Disclosure_Perpetua.DOC

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 13th day of August, 2008.

By: *James T. McDermott / HH*<br>
James T. McDermott, D.C. Bar No. 404886<br>
jmcdermott@bjllp.com<br>
BALL JANIK LLP<br>
101 SW Main Street, Suite 1100<br>
Portland OR 97204<br>
Telephone: (503) 228-2525<br>
Facsimile: (503) 226-3910<br>
<br>
Mark C. Rutzick<br>
Mark C. Rutzick, P.C.<br>
markrutzick@comcast.net<br>
3407 SW Stonebrook Drive, Suite B<br>
Portland, OR 97239-1269<br>
Telephone/Facsimile: (503) 244-3030<br>
<br>
Attorneys for Plaintiff Perpetua Forests Company

Page 2 -   CERTIFICATE UNDER LCvR 7.1    C:\Documents and Settings\heikkila.h\My Documents\Temporary Internet Files\Temporary Internet Files\OLK60\PORTLAND-#622300-v1-Corporate_Disclosure_Perpetua.DOC

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525